CLERK, U.S. DISTRICT COURT

**3/31/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER **5:21-mj-00224** |
|---|---|
| PLAINTIFF(S) | 1:21-cr-00246 |
| v. | |
| Daniel Rodriguez | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment
in the United States District of Columbia, Washington D.C. on 03/24/2021
at 4:19 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/06/2021
in violation of Title 18 U.S.C., Section(s) 1512, 231(a)(3), 111(a)(1)(b), 641, 1361, and 1752
to wit: Obstruction, Civil Disorder, Assaulting certain officers with a dangerous weapons, destruction and theft of government property

A warrant for defendant's arrest was issued by: G. Michael Harvey, United States Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2021
                    Date

_[signature]_
Signature of Agent

Enrique J. Armenta
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

---

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT