**FILED**
CLERK, U.S. DISTRICT COURT

**3/31/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY:   **LM**   DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

5:21-mj-00224

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| V.                                   PLAINTIFF | 1:21-cr-00246 |
| Daniel Rodriguez | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____          DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _3/31/2021  6:36_   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:   Per email at 10:18 am from Agent Enrique Armenta, they "will be turning him into the Marshals shortly".
   18 USC 1512, 18 USC 231, 18 USC 111, 18 USC 641, 18 USC 1361, and 18 USC 1752.

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _yes_

10. Remarks (if any): _____

11. Name: _Enrique J. Armenta_   (please print)

12. Office Phone Number: 951-686-0335    13. Agency: FBI

14. Signature: _____    15. Date: 03/31/2021

CR-64 (05/18)                **REPORT COMMENCING CRIMINAL ACTION**