AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
**CLERK, U.S. DISTRICT COURT**
**3/31/2021**
**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ LM _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Daniel Rodriguez

*Defendant*

**5:21-mj-00224**

Case: 1:21-cr-00246
Assigned to: Judge Berman Jackson, Amy
Assign Date: 3/24/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Rodriguez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1512(c)(2), 2 Obstruction
18 U.S.C. 231(a)(3) Civil Disorder
18 U.S.C. 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon
18 U.S.C. 641 Theft of Government Property
18 U.S.C. 1361 Destruction of Government Property
18 U.S.C. 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A) Entering and Remaining / Disorderly Conduct / Impeding Ingress/Egress in a Restricted Building or Grounds with a Dangerous Weapon

Date:   03/24/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.24 16:19:47 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*