## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **Eastern** Division |
| | Plaintiff, | |
| vs. | | Case Number: <u>5:21-MJ-00224</u>  **Out of District Affidavit** |
| | | Initial App. Date: <u>03/31/2021</u>  <u>Custody</u> |
| <u>Daniel Rodriguez</u> | | Initial App. Time: <u>2:00 PM</u> |
| | Defendant. | Date Filed: |
| | | Violation: <u>18 USC 1512, 18 USC 231, 18</u> |
| | | <u>USC 111, 18 USC 641, 18 USC 1361,</u> |
| | | <u>and 18 USC 1752</u> |
| | | CourtSmart/ Reporter: *Phyllis Preston* |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: <u>Sheri Pym</u> | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Carter, Kimberly | *Jeremiah Levine* | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☐ removal hearing/ Rule 20.

☒ Defendant states true name ☐ is as charged ☒ is *Danny Rodriguez*

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.

☒ Attorney: <u>Andrew Byrd</u>, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

☐ **Special appearance by:** _____

☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☒ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____

☒ Case continued to (Date) *4-2-2021* (Time) *2:00* AM/PM

Type of Hearing: *Bail/Detention* Before Judge *Pym* /Duty Magistrate Judge.

Proceedings will be held in the ☒ Duty Courtroom *4-VTC* ☐ Judge's Courtroom _____

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

| ☒ PSA ☐ USPO ☒ FINANCIAL | ☒ CR-10 ☒ CR-29 | ☒ READY |
|---|---|---|

Deputy Clerk Initials : *KC*

*12 minutes*