# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 5:21-MJ-00224 |
|---|---|
| Plaintiff(s), vs. | |
| Daniel Rodriguez | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Defendant(s). | |
| | District of Columbia |
| | at Washington |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):
☑ Indictment
☑ charging him with: Obstruction; Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon; Theft of Government Property; Destruction of Government Property; Entereing and Reamining/Disorderly Conduct/Impreding Egress in a Restricted Building or Grounds with a Dangerous Weapon
☑ in violation of : 18:1512, 231(a)(3), 111(a)(l)(b), 641, 1361, 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A)

The defendant has now:
  ☑ duly waived arrival of process.
  ☑ duly waived identity hearing before me on 03/31/2021.
  ☑ No bail has been set.
  ☑ Permanent detention has been ordered.

| 04/02/2021 | Sheri Pym |
|---|---|
| ------------------- | ------------------------- |
| Date | United States Magistrate Judge |

==================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____  and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____   _____
Date                                   Deputy